✎JS 45  (5/97) - (Revised USAO MA 9/25/2018)

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| Field | Value |
|---|---|
| Place of Offense: | |
| Category No. | II |
| Investigating Agency | FBI, DEA |
| City | Lawrence |
| County | Essex |

**Related Case Information:**
- Superseding Ind./ Inf.: 
- Case No.: 
- Same Defendant: 
- New Defendant: 
- Magistrate Judge Case Number: 
- Search Warrant Case Number: 25-MJ-8421, 8422, 8425 to 8428, 8550, 8559, 8562 to 8566
- R 20/R 40 from District of: 

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 25-cr-10427-PBS  ☑ Yes  ☐ No

**Defendant Information:**
- Defendant Name: ARIS ARVELO GONZALEZ
- Juvenile: ☐ Yes  ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
- Alias Name: 
- Address: Lawrence MA
- Birth date (Yr only): 1988
- SSN (last 4#): 6733
- Sex: M
- Race: Hispanic
- Nationality: 
- Defense Counsel if known: 
- Address: 
- Bar Number: 

**U.S. Attorney Information**
- AUSA: Philip A. Mallard
- Bar Number if applicable: 679138

Interpreter: ☑ Yes  ☐ No     List language and/or dialect: 

Victims: ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

Location Status: Street

Arrest Date: 

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document: ☑ Complaint  ☐ Information  ☐ Indictment

Total # of Counts: ☐ Petty  ☐ Misdemeanor  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/19/2025          Signature of AUSA: *Philip Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ARIS ARVELO GONZALEZ

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute, a Controlled Substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**